E. LYNN SCHOENMANN, Trustee
POB 26270
SAN FRANCISCO CA 94126-6270

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

**FILED**
MAY - 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                                ) Case No. 09-30031 STC
                                      )
GUJRAL, ASHOK                         ) NOTICE OF UNCLAIMED FUNDS
                                      )
                                      )
                    Debtor(s)         )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the trustee in the above captioned case hereby turns over to the court, an unclaimed fund in the amount of $1,787.00. The name and address of the creditor entitled to the unclaimed fund is as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 1 | FIRST LINE DATA INC<br>ATTN MANAGING AGENT<br>4735 WALNUT ST STE C<br>BOULDER CO 80301 | $1,787.00 | (CK#312) |
| | TOTAL UNCLAIMED FUNDS | $1,787.00 | (CK#318) |

DATED: May 2, 2011                   BY: _____
                                         E. LYNN SCHOENMANN
                                         TRUSTEE